511 A.2d 763

**PENNSYLVANIA FUNERAL DIRECTORS ASSOCIATION, by its Officers and J. Clark Feiser, Baron Rowland, Harvey L. Corba, and James E. Humphrey, in Their Own Right, Appellees,**

**v.**

**COMMONWEALTH of Pennsylvania, State Board of Funeral Directors, Appellant,**

**and**

**Pennsylvania Pre-Need Assn., Graham S. Hetrick, First Valley Bank and John F. Givnish, Inc., Appellants/Intervenors.**

Supreme Court of Pennsylvania.

Argued Dec. 5, 1985.

Decided June 23, 1986.

James M. Marsh, Philadelphia, Leroy Zimmerman, Atty. Gen., Calvin R. Koons, Allen C. Warshaw, Deputy Attys. Gen., Harrisburg, Gary L. James, Hershey, for appellant.

J. Scott Calkins, Harrisburg, for PA Funeral Directors Assn., et al.

Loudon L. Campbell, Jack Mumford, Harrisburg, for First Valley Bank—intervenor.

James M. Marsh, James O. Hausch, Philadelphia, for Givinish—intervenor at Nos. 96 & 100/85.

Calvin R. Koons, Deputy Atty. Gen., at Nos. 95 & 100/85.

Gary L. James, Hershey, for PA Pre-Need Assn.—intervenor at Nos. 95 & 96/85.

Before NIX, C.J., and LARSEN, FLAHERTY, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Judgment affirmed.

McDERMOTT, J., did not participate in the consideration or decision of this case.